HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
ERIK TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIK TORRES,<br><br>Defendant. | Case No. 1:23-cr-00240-JLT-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER THEREON**<br><br>Date:  March 31, 2025<br>Time:  9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the dispositional hearing set for January 27, 2025 may be continued to March 31, 2025, or the soonest date thereafter convenient.

Erik Torres has admitted violating the conditions of his supervised release. The Dispositional Memorandum recommending a 10 month term of incarceration has been completed by the Unites States Probation Office and the government has joined in this recommendation. Mr. Torres is a gang drop out and this will likely result in him serving the remainder of his term at a distant facility out of safety concerns. Mr. Torres' resides in the Fresno area and suffered a stroke a few months ago and also has other health issues. Mr. Torres is requesting that sentencing be continued allow to remain closer to his mother at this time.

///

Because this matter is a revocation of supervised release no exclusion of time is required.

MICHELE BECKWITH
Acting United States Attorney

DATED: January 22, 2025                By */s/ Robert Veneman-Hughes*
ROBERT VENEMAN-HUGHES
Assistant United States Attorney
Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: January 22, 2025                By */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
ERIK TORRES

**ORDER**

**IT IS SO ORDERED**. The sentencing hearing scheduled for January 27, 2025 is continued to March 31, 2025.

IT IS SO ORDERED.

Dated:   **January 23, 2025**

UNITED STATES DISTRICT JUDGE

Torres: Stipulation to Continue Sentencing           -2-