```
ERIC V. KERESTEN, CA BAR #226429
Attorney at Law
1125 T Street
Fresno, CA 93721
Telephone: (559) 326-6258
eric@kerstenlegal.com
```

Attorney for Defendant Erik Torres

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:23-CR-00240-JLT |
| Plaintiff, | |
| v. | **MOTION TO TERMINATE CJA APPOINTMENT OF ERIC V. KERSTEN AS ATTORNEY OF RECORD** |
| ERIK TORRES, | |
| Defendant. | |

On December 6, 2024, a Probation Form 12C petition and order charging Defendant Erik Torres with violating his conditions of supervised release was signed. CJA Panel Attorney Eric V. Kersten was appointed as trial counsel to represent Mr. Torres on January 24, 2025 in his criminal case. Mr. Torres admitted violating his conditions of release and was sentenced on March 31, 2025. The time for filing a direct appeal was April 16, 2025. No direct appeal was filed. Mr. Torres was in custody at sentencing. The trial phase of Mr. Torres's criminal case has, therefore, come to an end. Having completed his representation of Mr. Torres, CJA attorney Eric V. Kersten now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Torres require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

1  Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-
2  free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.
3  Dated: June 23, 2025                                  Respectfully submitted,

5                                                    /s/ *Eric V. Kersten*
                                                     ERIC V. KERSTEN
6                                                    Attorney for Defendant
                                                     Erik Torres

## ORDER

10     Having reviewed the notice and found that attorney Eric V. Kersten has completed the
11  services for which he was appointed, the Court hereby grants attorney Kersten's request for leave
12  to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance,
13  Defendant is advised to contact the Office of the Federal Defender for the Eastern District of
14  California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office
15  is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for
16  the reappointment of counsel to assist Defendant.
17     The Clerk of Court is directed to serve a copy of this order on Defendant Erik Torres at
18  the following address and to update the docket to reflect Defendant's pro se status and contact
19  information.

21  ERIC TORRES, Reg. No. 54885-048
    FCI Fairton
22  FEDERAL CORRECTIONAL INSTITUTION
    P.O. BOX 420
23  FAIRTON, NJ  08320

25  IT IS SO ORDERED.

26     Dated:   **June 23, 2025**
                                                     /s/ Jennifer L. Thurston
27                                                   UNITED STATES DISTRICT JUDGE